# EXHIBIT A



EMBASSY OF THE
UNITED ARAB EMIRATES
WASHINGTON DC

OFFICE OF THE AMBASSADOR

سفارة
الإمارات العربية المتحدة
واشنطن

مكتب السفير

Mark A. Tessler
Samuel J. Eldersveld Collegiate Professor
Director International Institute
Vice Provost for International Affairs
University of Michigan
1080 South University Suite 2660
Ann Arbor, Michigan 48109-1106

Dear Professor Tessler:

On behalf of the UAE Government, I am pleased to make a contribution of $2,033,590 to the University of Michigan for use in funding the new World Leadership Program. The World Leadership Program (WLP) has very worthwhile objectives that are of particular interest to me.

I have approved the budget submitted by Margaret Cone. My contribution is contingent upon the money being spent in accordance with the budget, with reasonable adjustments as determined by Professor Sherman Jackson. I understand that Professor Jackson at the University of Michigan will be responsible for directing disbursement of the funds from my contribution, in consultation with Ms. Cone and I also understand that under established University policies, a reasonable portion of my contribution may be allocated to overhead expenses. It is my expectation that the University will tender to me, or my duly appointed representative, reasonable periodic reports, on a schedule to be determined at a future date, which will highlight both the progress of this initiative and the efficacy of this contribution towards the same.

I trust that the conditions for this contribution are acceptable to the University.

Sincerely,

Yousef Al Otaiba